| | |
|---|---|
| 1 | **JILL WILLIAMS – State Bar No. 221793**<br>**JOSEPH A. GORDON – State Bar No. 314564** |
| 2 | **CARPENTER, ROTHANS & DUMONT, LLP**<br>500 S. Grand Avenue, 19th Floor |
| 3 | Los Angeles, CA  90071<br>(213) 228-0400 / (213) 228-0401 [Fax] |
| 4 | jwilliams@crdlaw.com / jgordon@crdlaw.com |
| 5 | Attorneys for Defendants, |
| 6 | County of Los Angeles and<br>Deputy Jose Hurtado |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRIE MILLER: T.M.; a minor, by and though her Guardian ad Litem, Sherrie Miller, | ) | Case No.: 19-9068-JFW(KESx) |
| | ) | **JOINT STATEMENT REGARDING MEETING AND CONFERRING ON MOTION TO DISMISS, OR IN THE ALTERNATIVE, REQUEST TO CONTINUE TIME TO ENGAGE IN FURTHER MEET AND CONFER IN PERSON** |
| Plaintiffs, | ) | |
| vs. | ) | |
| COUNTY OF LOS ANGELES, a public entity, DEPUTY HURTADO, a public employee; VIVINT, INC., a corporation; DOES 1-10, Inclusive, | ) | |
| Defendants. | ) | |

COME NOW Plaintiffs Sherrie Miller and T.M. and Defendants County of Los Angeles and Deputy Jose Hurtado (collectively, "County Defendants")and, pursuant to the order of the Court dated October 30, 2019, hereby submit the following joint stipulation concerning their meet and confer efforts on the Motion to Dismiss filed on behalf of the County of Los Angeles.

1.  On October 29, 2019, Defendant County of Los Angeles filed a Motion to Dismiss.  See Dkt. 12.

2.  On October 30, 2019, this Court issued an order striking the County's Motion to Dismiss for failure to comply with Local Rule 7-3 and Paragraph 5(b) of

this Court's standing order.  <u>See</u> Dkt. 13.  Pursuant to this order, lead trial counsel are to meet and confer, in person, no later than November 8, 2019.  Then, if the parties are unable to resolve the issues in the Motion to Dismiss, each party is to file a declaration explaining which (if any) of the issues were resolved.  If the Motion to Dismiss is still necessary, the order requires it to be filed no sooner than two days after the parties' respective declarations.  <u>Id.</u>

3.  Jill Williams, the lead trial counsel for Defendants County of Los Angeles and Deputy Jose Hurtado (who was served on October 31, 2019), has been of the country on vacation since October 27, 2019, and will be returning on November 10, 2019.  Thus, because meeting and conferring in person is not possible before the Court's November 8 deadline, on November 4, 2019, Ms. Williams contacted plaintiffs' counsel, Greg Garrotto, by phone to engage in further meet and confer efforts concerning the Motion to Dismiss.

4.  When counsel discussed whether any of the issues raised in the motion could be resolved without the necessity of law and motion, plaintiffs' counsel explained that based on the information presently in the plaintiffs' possession, an informal resolution was not possible.

5.  To the extent the Court requires further meet and confer in person, the parties request an extension to November 25, 2019 (i.e. the day of the Scheduling Conference set in this case), to do so.  Although the County Defendants' lead trial counsel, Ms. Williams, returns on Sunday, November 10, 2019 (a Sunday), she begins trial on Tuesday, November 12, 2019, in <u>Fermin Vincent Valenzuela v. City of Anaheim</u>, USDC Case No. 8:17-cv-00278-CJC-DFM, which will likely last at least two weeks.

6.  Finally, because Deputy Hurtado was served on October 31, 2019, his deadline to file a responsive pleading is November 21, 2019.  Because Deputy Hurtado will be joining in the Motion to Dismiss filed on behalf of the County, the plaintiffs and the County Defendants hereby agree to extend Deputy Hurtado's

1  deadline to respond to the Complaint to November 27, 2019.

2       IT IS SO STIPULATED.

3

4  DATED: November 4, 2019     LAW OFFICES OF GREG W. GARROTTO

5                /s/

6                By: _____
                  GREG W. GARROTTO

7                    Attorneys for Plaintiffs
                  Sherrie Miller and T.W.

8

9  DATED: November 4, 2019     CARPENTER, ROTHANS & DUMONT LLP

10               /s/

11              By: _____

12                   JILL WILLIAMS
                  JOSEPH A. GORDON

13                   Attorneys for Defendants,
                  County of Los Angeles and

14                   Deputy Jose Hurtado

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

JOINT STATEMENT REGARDING MEETING AND CONFERRING
ON MOTION TO DISMISS