# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE MILLER: T.M.; a minor, by and though her Guardian ad Litem, Sherrie Miller,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, DEPUTY HURTADO, a public employee; VIVINT, INC., a corporation.<br><br>Defendants. | Case No:19-9068-JFW(KESx)<br><br>**JUDGMENT AND CERTIFICATION OF APPEALABILITY PURSUANT TO FRCP 54(b)** |

IT IS HEREBY ORDERED that, the orders of this Court entered July 27, 2020 (Dkt. 49, 50), granting summary judgment in favor of the County of Los Angeles and Deputy Jose Hurtado (hereinafter "County Defendants") as to all federal claims is final, and that no just reason for delay.  This Order is based on the following:

    1.    The operative pleading in the action was the Complaint for Damages (Dkt. 2-1), which was filed by the plaintiffs in the Los Angeles County Superior Court.  The case was removed to this Court on October 22, 2019 by the County Defendants.

    2.    The Complaint for Damages named three defendants: the County of Los Angeles, Deputy (Jose) Hurtado and Vivint, Inc.

3. The Complaint for Damages asserted the following claims for relief: (1) "Deprivation of rights under color of state law – 42 U.S.C. 1983, 1988" (asserted against the County Defendants); (2) negligence (asserted against the County Defendants); (3) false imprisonment (asserted against the County Defendants); and, (4) negligence (asserted against Vivint, Inc.).

4. On June 22, 2020, the County Defendants filed a Motion for Summary Judgment, or in the alternative, Partial Summary Judgment (Dkt. 39). The plaintiffs filed an opposition to the motion (Dkt. 44). The County Defendants filed a reply (Dkt. 45).

5. On July 27, 2020, this Court entered two Orders granting and conclusively resolving the County Defendants' motion as to all claims over which this Court had original jurisdiction (i.e., the claim for "Deprivation of rights under color of state law – 42 U.S.C. § 1983, 1988"), declined to exercise supplemental jurisdiction over the remaining state law claims, and remanded the case to the Los Angeles County Superior Court (Dkt. 49, 50).

6. As noted in this Court's minute order, "although Plaintiffs' state and federal law claims are based on similar facts and theories, the state law claims cannot be easily or summarily disposed of based on the Court's ruling on the federal claims, especially given that the state law claims have unique elements and given that non-moving defendant, Vivint Inc., is a private entity." Moreover, because this Court's ruling on the County Defendants' summary judgment motion may have collateral estoppel effect on the plaintiffs' remaining state law claims against the County Defendants, see Hernandez v. City of Pomona, 46 Cal. 4th 501, 516-17 (2009), there is further justification for finality.

IT IS SO ORDERED.

DATED: August 31, 2020

_____
Honorable John F. Walter
United States District Judge

- 2 -

JUDGMENT AND CERTIFICATION
OF APPEALABILITY PURSUANT TO FRCP 54(b)